IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COBRA JADE SPOTTED WOLF,<br><br>Defendant. | CR-15-19-GF-BMM<br><br><br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on June 28, 2018. (Doc. 99.) No party filed objections.

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on June 26, 2018. (Doc. 96.) The United States accused Spotted Wolf of violating of the conditions of his supervised release by: (1) using a controlled substance; 2) possessing a controlled

substance; 3) using a controlled substance; and 4) possessing a controlled substance. (Doc. 99 at 1.) Spotted Wolf admitted to the violations. *Id.* at 3.

Judge Johnston has recommended that the Court revoke Spotted Wolf's supervised release and commit Spotted Wolf to the custody of the Bureau of Prisons for fourteen months, with no term of supervised release to follow. (Doc. 99 at 4-5.)

These violations prove serious and warrant revocation of Spotted Wolf's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 99) is **ADOPTED IN FULL.**

**IT IS FURTHER ORDERED** that Defendant Cobra Jade Spotted Wolf be sentenced to custody for fourteen months, with no supervised release to follow.

DATED this 17th day of July, 2018.

_____
Brian Morris
United States District Court Judge